PREET BHARARA
United States Attorney for the
Southern District of New York
By:     LEIGH WASSERSTROM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-3274
Fax: (212) 637-2686
leigh.wasserstrom@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE NEW YORK TIMES COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>Defendant. | No. 16 Civ. 3098 (JSR) |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that defendant Central Intelligence Agency (the "CIA"), by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby moves this Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, as against the claims filed by Plaintiff The New York Times Company (the "Times") under the Freedom of Information Act, 5 U.S.C. § 552.

PLEASE TAKE FURTHER NOTICE that:

The CIA will file its memorandum of law in support of its motion for summary judgment on June 13, 2016;

The Times will file an opposition and cross-motion for summary judgment by no later than July 1, 2016;

The CIA will file its reply and opposition to the cross-motion by no later than July 22, 2016; and

The Times will file its reply by no later than August 3, 2106.

Argument on the motions will be heard on August 24, 2016, at 4:00 p.m.

Dated:   June 13, 2016                                              Respectfully submitted,
         New York, New York

                                                                   PREET BHARARA
                                                                   United States Attorney for the
                                                                   Southern District of New York

                                                     By:   */s/ Leigh Wasserstrom*
                                                           LEIGH WASSERSTROM
                                                           Assistant United States Attorney
                                                           86 Chambers Street, Third Floor
                                                           New York, New York 10007
                                                           Telephone: (212) 637-3274
                                                           Fax: (212) 637-2686
                                                           leigh.wasserstrom@usdoj.gov