# EXHIBIT A

C06118592
F-2014-00159
Case 1:16-cv-03098-JSR   Document 13-1   Filed 06/13/16   Page 2 of 5



The New York Times Company

D. Victoria Baranetsky
First Amendment Fellow

620 8th Avenue
New York, NY 10018

tel 212-556-5188
victoria.baranetsky@nytimes.com

October 22, 2013

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Dear Coordinator,

Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, The New York Times Company, publisher of The New York Times ("The Times"), hereby requests the following records from the Central Intelligence Agency ("CIA") relating to the use of chemical weapons in Iraq:

1. A document believed to be published in August 2007, bearing the approximate title, "Iraq: Recovered CW Munitions Probably Remnants of Pre-1991 CW Program."

2. A document believed to be published in Dec. 2006 as a CIA WIRe report and titled, "Iraq: Recovered Pre-1991 Mustard Rounds May Pose Localized Threat."

3. A Document believed to be published in March 2007 as CIA WIRe report and titled, "Iraq: US Forces Experienced First Sulfur-Mustard Related Injuries."

Because we seek this information in connection with our journalistic activities, we are entitled to have fees waived under FOIA.

We also ask that you provide expedited processing of this request, pursuant to 5 U.S.C. §552(a)(6)(E)(v)(ii) and 32 C.F.R. § 1900.34. Expedited processing is warranted when "a compelling need is established." 32 C.F.R. § 1900.34. A compelling need exists where "the request is made by a person primarily engaged in disseminating information and the information is relevant to a subject of public urgency concerning an actual or alleged Federal government activity." *Id.* The records sought in this request meet all the requirements for expedited treatment. The Times is a news organization, and the use of chemical weapons in Iraq matter has been of longstanding and widespread public interest and has been made pressing anew because of ongoing concerns as well as more recent developments pertaining to chemical warfare in Syria. In light of the newly initiated chemical disarmament work done in Syria by the United Nations and Organization for the Prohibition of Chemical Weapons, the lingering post-destruction stocks in Iraq is a matter of public urgency. Similar documents and material have

OCT 2 9 2013

- 2 -

been declassified and released, in a fine grain of detail, for a Senate committee, for the Iraq Survey Group, for media releases in real time as far back as 2004, for Purple Heart ceremonies and for open-source studies in medical journals; however no documents have been made available to the public on a matter of urgent public importance.

If our request is denied in whole or part, we ask that you justify all deletions by reference to specific exemptions of FOIA. We will also expect you to release all segregable portions of otherwise exempt material.

Finally, we request rolling production of these records as they are located and reviewed.

Thank you for your assistance.

Sincerely,

D. Victoria Baranetsky

## CERTIFICATION IN SUPPORT OF EXPEDITED PROCESSING

I, Diana Victoria Baranetsky, do hereby certify under penalty of perjury that the representations made in the accompanying letter, dated October 22, 2013, in support of the request by The New York Times Company for expedited processing under the Freedom of Information Act are true and correct to the best of my knowledge.

Dated: New York, NY
October 22, 2013

*D. Victoria Baranetsky*

Victoria Baranetsky
The New York Times Company
620 Eighth Avenue
New York, NY 10018-1405

INSPECTED
OCT 28 2013

Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Hand Opened
OCT 28 2013
and Inspected

20505

US POSTAGE PITNEY BOWES
ZIP 10018 $ 000.46
0001391422 OCT 23 2013