UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————x

THE NEW YORK TIMES COMPANY,            :

                                         :

                   Plaintiff,          :

                                         :       16 Civ. 3098 (JSR)

                                         :

                                       :

              - against -        :

                                       :

CENTRAL INTELLIGENCE AGENCY,     :

                                       :

               Defendant.       :

———————————————————————————x

## PLAINTIFF'S NOTICE OF CROSS-MOTION
## FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law; the

Declaration of David E. McCraw, dated July 1, 2016, and the attachments thereto; and all prior

papers and proceedings in this action, Plaintiff The New York Times Company ("The Times")

shall move the Court at oral argument on August 24, 2016 at 4:00 p.m. for an order denying the

motion for summary judgment of Defendant Central Intelligence Agency ("CIA") and granting

The Times's cross-motion for partial summary judgment by directing the CIA to (i) acknowledge

the three documents at issue and (ii) produce the three documents subject to any redactions that

the CIA believes can be made under the Freedom of Information Act and setting a schedule for

further motion practice for any challenges that The Times may have to such redactions.  The

Times further respectfully requests that the Court award The Times the costs of these

proceedings, including reasonable attorney's fees, as expressly permitted by 5 U.S.C. §

552(a)(4)(E), and grant such other and further relief as the Court deems just and proper.

1

60490

PLEASE TAKE FURTHER NOTICE that the CIA will file its reply and opposition to

The Times's cross-motion by July 22, 2016.  The Times will file its reply by August 3, 2016.

Arguments on the motions will be heard on August 24, 2016 at 4:00 p.m.


Dated: New York, NY
        July 1, 2016


                                        Respectfully submitted,

                                            /s/ David E. McCraw

                                        David E. McCraw
                                        Tali R. Leinwand
                                        The New York Times Company
                                        Legal Department
                                        620 Eighth Avenue
                                        New York, NY 10018
                                        Phone: (212) 556-4031
                                        Facsimile: (212) 556-1009
                                        Email: mccraw@nytimes.com
                                        *Counsel for Plaintiff*

60490