# EXHIBIT A

**David McCraw - FOIA Hours, NYT v. CIA, 16-3098 (JSR)**

| Date | Task | Hours |
|---|---|---|
| 4/26/2016 | Reviewing and editing complaint | 0.50 |
| 5/4/2016 | Working on pre-conference letter | 0.70 |
| 5/5/2016 | Editing letter | 0.30 |
| 5/11/2016 | Preparing for conference | 0.70 |
| 5/12/2016 | Court conference (split with Army case) | 1.00 |
| 6/26/2016 | Drafting brief; legal research | 4.30 |
| 6/27/2016 | Continuing work on brief | 2.20 |
| 6/29/2016 | Revising section on prior disclosures; conferring with Tali about changes in fact section; revising fact section | 1.00 |
| 6/30/2016 | Further work on brief; editing declaration; editing brief; reviewing motion papers | 2.50 |
| 7/1/2016 | Reviewing and editing brief and reviewing exhibits | 1.00 |
| 7/24/2016 | Reviewing brief of CIA; writing to AUSA | 0.80 |
| 7/25/2016 | Discussing Florez omission with AUSA; conference call with court | 0.20 |
| 7/28/2016 | Researching cases; reviewing CIA brief; writing first draft of reply brief | 5.50 |
| 7/29/2106 | Continuing work on draft of reply brief; editing and revising brief | 3.30 |
| 8/2/2016 | Revising brief and reviewing record | 1.00 |
| 8/23/2016 | Reviewing briefs for oral argument | 2.20 |
| 8/24/2016 | Preparing for oral argument, reading cases, reviewing record, drafting outline, conferring with Tali about argument and attending oral argument | 7.50 |
| 8/26/2016 | Research for call about proposed supplemental briefing; calls with court | 0.50 |
| 8/30/2016 | Reviewing government's motion to supplement; reviewing cases cited by government | 0.80 |
| 8/31/2016 | Drafting opposition to motion; going over case research with Tali | 2.00 |
| 9/1/2016 | Revising opposition to supplement declaration and discussing strategy points with Tali | 1.50 |
| 11/15/16 | Reviewing CIA documents produced | 0.50 |
| 1/4/17 | Researching fees, reviewing hours, drafting letter to AUSA for fee settlement proposal | 1.80 |
| 1/11/17 | Discussing fee settlement with AUSA | 0.30 |
| 1/17/17 | Further discussion with AUSA concerning fees | 0.20 |
| 1/18/17 | Drafting McCraw declaration for fee application; editing first draft | 1.20 |
| 1/19/17 | Research on reasonableness of fees in FOIA cases; drafting declaration for Chris Chivers | 0.80 |
| 1/23/17 | Revising declaration; researching fee awards in other FOIA | 1.60 |

|         | cases                                                                          |      |
| ------- | ------------------------------------------------------------------------------ | ---- |
| 1/24/17 | Editing draft of memorandum of law; further research on rates for fees in FOIA cases | 1.40 |
| 1/25/17 | Reviewing case law on FOIA fee awards                                          | 0.50 |

**TOTAL: 47.80**

**Tali Leinwand – FOIA Hours, NYT v. CIA, 16-3098 (JSR)**

| Date | Hours | Work |
|---|---|---|
| 4/13/16 | 1.5 | Review file and sort out different FOIA requests (CIA and Army) to determine status (one-half charged) |
| 4/25/16 | 1 | Edit complaint and cite-check; compile initiating papers |
| 4/26/16 | 1 | File complaint and initiating papers |
| 5/5/16 | .3 | Compile copies of all files for AUSA |
| 5/5/16 | 1.5 | Draft pre-conference letter for court, incorporate AUSA's changes, discuss with David and file |
| 5/12/16 | 1 | Travel back and forth to courthouse for status conference in CIA and Army cases; status conference at court (one-half charged) |
| 5/13/16 | .1 | Phone call with chambers to reschedule oral argument |
| 6/10/16 | .1 | Phone call with AUSA to review Rakoff's rules re notice of motion |
| 6/20/16 | .3 | Discuss strategy for brief with David |
| 6/21/16 | 2.5 | Read Duelfer Report section on chemical weapons and compare with reports at issue; review Govt declaration and affidavit; research other official disclosures re chemical weapons |
| 6/22/16 | .7 | Compile notes on Duelfer Report and discuss with David |
| 6/23/16 | 1.5 | Research official disclosures by CIA; reviewing Duelfer book for statements on disclosures/declassification and the importance of transparency |
| 6/27/16 | .2 | Discuss brief strategy with David, including framing of statement of facts and declaration |
| 6/27/16 | 2 | Review articles from David re official disclosures; on-line research looking for official disclosures |
| 6/28/16 | 7 | Finding, collecting, and reviewing publications that might be used as official disclosures; reread Chris's story and summarize for facts section |
| 6/29/16 | .2 | Review brief strategy with David |
| 6/29/16 | 4 | Begin drafting of facts section, incorporating official disclosure materials |
| 6/30/16 | .2 | Review facts section with David |
| 6/30/16 | .2 | Draft notice of motion |
| 6/30/16 | 5 | Further work on facts section, incorporate David's edits |
| 6/30/16 | 1.3 | Draft declaration |
| 6/30/16 | 2 | Cite-check facts section |
| 7/1/16 | 5.5 | Compile reports for 13 exhibits; format all documents for filing; final cite-check of brief; file; print for courtesy copies |
| 7/5/16 | 1 | Prepare binder with Tim for courtesy copy to be delivered to court |
| 8/1/16 | 4.4 | Read CIA brief; discuss with David; edit reply brief |
| 8/2/16 | .9 | Edit reply brief |
| 8/3/16 | 1 | File Reply brief; send courtesy copy to chambers |
| 8/19/16 | .5 | Print and compile cases for David to prep for argument |
| 8/24/16 | 3 | Review case file and discuss argument strategies with David |
| 8/26/16 | .2 | Discuss AUSA's request to submit classified declaration with David |
| 8/26/16 | .2 | Call with chambers re AUSA's request to submit classified declaration |

#61166

| | | |
|---|---|---|
| 8/26/16 | .1 | Call with chambers re AUSA's request to submit classified declaration; discuss with David |
| 8/30/16 | 2 | Research on ability of party to file new proof after summary judgment briefing |
| 8/31/16 | 2 | Discuss with David brief challenging government's right to file additional declaration; edit brief |
| 9/1/16 | 2 | Finalize brief and discuss with David; file; send courtesy copy to court |

**TOTAL**: 56.40

#61166

**Ian MacDougall – FOIA Hours, NYT v. CIA, 16-3098 (JSR)**

| 10/18/16 | .2 | Call with AUSA & Court about extension of time |
|---|---|---|
| 10/19/16 | .1 | Call with AUSA & Court to get Court's ruling on extension request |
| 11/14/16 | 1 | Reviewing CIA production |
| 11/15/16 | .5 | Drafting status update to court |
| 11/16/16 | .4 | Editing and filing status update |
| 12/1/16 | .1 | Call with AUSA and court about scheduling |
| 12/2/16 | .7 | Determining anticipated challenges to CIA production |
| 12/8/16 | .2 | Communication with clients about status of case |
| 12/15/16 | .2 | Discussion with AUSA about updated production |
| 12/16/16 | .5 | Review of updated production |
| 12/19/16 | .7 | Call with AUSA and court about settlement & drafting letter to court |
| 12/20/16 | .3 | Finalizing & submitting letter to court |
| 1/4/17 | .1 | Reviewing letter to CIA regarding request for fees |
| 1/11/17 | .3 | Call with AUSA – settlement negotiations |
| 1/17/17 | .2 | Call with AUSA – settlement negotiations |
| 1/18/17 | .1 | Call with AUSA & court about fees briefing schedule |
| 1/19/17 | 2 | Researching & drafting fees motion |
| 1/20/17 | 2 | Researching & drafting fees motion |
| 1/24/17 | 3 | Drafting fees motion |
| 1/25/17 | 3 | Discussing fees motion with David, compiling documents for filing, finalizing and filing fees motion |

**TOTAL**: 15.6

#61166

**Fees and Costs - NYT v. CIA, 16-3098 (JSR)**

- Filing fee for complaint - $400

- Transcript fee from oral argument - $139.86

**TOTAL FEES:**     **$539.86**

#61166